

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

November 23, 2004

Michael Dobbins, Clerk
U.S. District Court
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

RE: USA V. George C. Hook

CASE NO. IN PEORIA: 95-10010-002

Dear Clerk:

Pursuant to the Transfer of Jurisdiction Order transferring the above entitled cause of action to your district, we are transmitting herewith certified copies of the Docket Sheet, Transfer of Jurisdiction form, Indictment, and Judgment and Commitment Order.

Please acknowledge receipt of these documents on the copy of this letter and return it to our office.

Sincerely,

s/John M. Waters

JOHN M. WATERS, Clerk

JMW/rlk

Encls.

Received documents described above on this date   _____

NEW CASE NO. _____

By _____
       Deputy Clerk