| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | NOV 1 9 2004 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS | DOCKET NUMBER (Trans. Court) 0753/1 95-10010-002 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: GEORGE C. HOOK GLENVIEW, IL 60025 | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION PEORIA |
|---|---|---|
| | NAME OF SENTENCING JUDGE HONORABLE MICHAEL M. MIHM U.S. DISTRICT JUDGE | RECEIVED NOV 0 8 2004 U.S. PROBATION OFFICE CHICAGO, ILLINOIS |
| | DATES OF SUPERVISED RELEASE: | FROM 07/26/04 — TO 07/25/07 |

**OFFENSE**

WIRE FRAUD, 18 U.S.C. § 1343
THEFT FROM AN EMPLOYEE BENEFIT PLAN, 18 U.S.C. § 664
MONEY LAUNDERING, 18 U.S.C. § 1956(a)(1)(B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§ 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

11/3/04
Date

s/ Michael M. Mihm
HONORABLE MICHAEL M. MIHM
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

NOV   2004
Effective Date

s/ Judge
United States District Judge

JD