E-FILED
Wednesday, 08 December, 2004 01:51:36 PM
Clerk, U.S. District Court, ILCD

Tuesday, 23 November, 2004 11:19:09 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

JUDGE LEFKOW

RECEIVED November 23, 2004

**04CR1045**

**MAGISTRATE JUDGE DENLOW**

DEC - 6 2004
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

Michael Dobbins, Clerk
U.S. District Court
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

**FILED**
DEC - 8 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: USA V. George C. Hook

CASE NO. IN PEORIA: 95-10010-002

Dear Clerk:

Pursuant to the Transfer of Jurisdiction Order transferring the above entitled cause of action to your district, we are transmitting herewith certified copies of the Docket Sheet, Transfer of Jurisdiction form, Indictment, and Judgment and Commitment Order.

Please acknowledge receipt of these documents on the copy of this letter and return it to our office.

Sincerely,

s/John M. Waters

JOHN M. WATERS, Clerk

JMW/rlk

Encls.

Received documents described above on this date _____

NEW CASE NO. _____

By _____
     Deputy Clerk

**E-FILED**
Tuesday, 23 November, 2004 11:21:41 AM
Clerk, U.S. District Court, ILCD

| CDIL PROB 22 (Rev. 4/97) | TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 0753/1 95-10010-002 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

JUDGE LEFKOW
MAGISTRATE JUDGE DENLOW
FILED NOV 19 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

04CR1045

RECEIVED DEC - 6 2004
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

RECEIVED NOV 08 2004
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION PEORIA |
|---|---|---|
| GEORGE C. HOOK GLENVIEW, IL 60025 | NAME OF SENTENCING JUDGE HONORABLE MICHAEL M. MIHM U.S. DISTRICT JUDGE | |
| | DATES OF SUPERVISED RELEASE: | FROM 07/26/04 / TO 07/25/07 |

**OFFENSE**

WIRE FRAUD, 18 U.S.C. § 1343
THEFT FROM AN EMPLOYEE BENEFIT PLAN, 18 U.S.C. § 664
MONEY LAUNDERING, 18 U.S.C. § 1956(a)(1)(B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§ 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

11/3/04
Date

s/ Michael M. Mihm
HONORABLE MICHAEL M. MIHM
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

NOV - 9 2004
Effective Date

s/ Judge
United States District Judge

JD