E-FILED
Thursday, 03 March, 2005 11:52:06 AM
Clerk, U.S. District Court, ILCD

GEORGE C. HOOK
1802 CAMDEN DRIVE
GLENVIEW, ILLINOIS
60025-7606

MAR 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

February 28, 2005

Clerk of Court
US District Court for the
Central District of Illinois
100 N.E. Monroe, Rm 309
Peoria, Illinois 61602

Re:  USAO No 1998Z00175/001

Dear Sir:

95-10010

    Please correct you records to reflect that my obligation to remit has been transferred to the Northern District of Illinois and that, indeed, I timely paid the amount due according to your records by February 15, 2005 to the Clerk of the Northern District of Illinois who receipted me therefor as the attached shows.

    I am sending this letter to you with all relevant evidence of transfer and payment because of your statement of 2/25/05 (which, in fairness, I must disclose is postmarked from Landover, Maryland!) delivered by mail to me this date wherein you assert that I am delinquent one month (last month) and that I should remit that and this month's payment yet again to the Central District even though I have been ordered to make payment instead, as I did last month, to the Northern District. I intend to follow that order and remit again to the Clerk of the Northern District.

    I thank you in advance for correcting your records so that I will not have to deal with this mistake in future.

                                    Very truly yours,

                                    *George Clive Hook*

cc: Clerk of NDIL
    Probation Office NDIL

```
              GEORGE C. HOOK
              1802 CAMDEN DRIVE
              GLENVIEW, ILLINOIS
                 60025-7606
```

February 4, 2005

Clerk of Court
US District Court for the
Central District of Illinois
100 N.E. Monroe, Rm 309
Peoria, Illinois 61602

Re:  USAO No 1998Z00175/001

Dear Sir:

    Please be advised that I am remitting monthly payments to the Clerk of Court for the Northern District of Illinois now instead of to you per letter to me dated 1/5/05 from Richard L. Tracy, Chief Probation Officer for that District as Judge Mihm ordered probation jurisdiction transfer from your District.

                                        Very truly yours,

                                        *George Clive Hook*

cc:  Clerk of NDIL
      Probation Office NDIL

| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | FILED NOV 1 9 2004 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS | DOCKET NUMBER (Tran. Court) ILCD 0753/1 95-10010-002 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) |

E-FILED
Tuesday, 23 November, 2004 11:21:41 AM
Clerk, U.S. District Court, ILCD

| NAME AND ADDRESS OF SUPERVISED RELEASEE: GEORGE C. HOOK GLENVIEW, IL 60025 | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION PEORIA |
|---|---|---|
| | NAME OF SENTENCING JUDGE HONORABLE MICHAEL M. MIHM U.S. DISTRICT JUDGE | RECEIVED NOV 08 2004 U.S. PROBATION OFFICE CHICAGO, ILLINOIS |
| | DATES OF SUPERVISED RELEASE: | FROM 07/26/04 — TO 07/25/07 |

**OFFENSE**

WIRE FRAUD, 18 U.S.C. § 1343
THEFT FROM AN EMPLOYEE BENEFIT PLAN, 18 U.S.C. § 664
MONEY LAUNDERING, 18 U.S.C. § 1956(a)(1)(B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§ 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the U.S. District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the U.S. District Court to which this transfer is made without further inquiry of this Court.*

11/3/04
Date

S/ Michael M. Mihm
HONORABLE MICHAEL M. MIHM
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

NOV  8 2004
Effective Date

S/ Judge
United States District Judge

JD

Room 1100
[NTC:

# DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 12/6/04 | 1 | TRANSFER of jurisdiction of probation from District of Central District of Illinois, Case no. 1:95-10010-002: Record received consists of transmittal letter, certified copies of transfer of jursdiction form, indictment, superseding indictment, judgment and committment order and docket entries (ip) [Entry date 12/06/04] [Edit date 12/06/04] |

Case Flags:
TERMED
DENLOW

END OF DOCKET: 1:04cr1045-0

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/06/2005 19:06:42 | | | |
| PACER Login: | gc1195 | Client Code: | GCH |
| Description: | docket report | Search Criteria: | 1:04cr01045 |
| Billable Pages: | 2 | Cost: | 0.16 |

Docket as of December 6, 2004 9:06 pm  Web PACER (v2.4)

# U.S. District Court

## Northern District of Illinois (Chicago)

## CRIMINAL DOCKET FOR CASE #: 04-CR-1045-ALL

### USA v. Hook

Filed: 12/06/04
Dkt# in other court: None

### Case Assigned to: Hon. Joan Humphrey Lefkow

```
GEORGE C HOOK (1)
     defendant

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints:

   NONE

U. S. Attorneys:

   AUSA
   [NTC]
   United States Attorney's Office
   219 South Dearborn Street
   Suite 500
   Chicago, IL 60604
   (312) 353-5300

   Pretrial Services
   435-5545
   [NTC]
   Probation Department
   408-5197
```

United States Attorney  
Central District of Illinois  
318 S. 6th Street  

Springfield, Illinois  62701

**U.S. DEPARTMENT OF JUSTICE**  
Statement of Account

| DATE OF STATEMENT | January 28, 2005 |
|---|---|
| USAO NUMBER | 1998Z00175/001 |

*For inquiries regarding debt call:* (309) 671-7827

Mr. George C. Hook  
1802 Camden Drive  
Glenview, IL 50025



Retain top portion for your records. This is your official receipt. **This statement reflects the balances for this debt only. You may have additional outstanding debt(s). Detach bottom portion, indicate amount enclosed, and return with your payment.**

| ACCOUNT INFORMATION | | | |
|---|---|---|---|
| Date Payment Received | January 6, 2005 | Current Balance | $949,136.98 |
| Amount of Payment | $200.00 | Overdue Amount | $.00 |
| Last Payment Application | Principal  -$200.00<br>Interest   $.00<br>Penalty    $.00<br>Costs      $.00<br>Aousc      $.00<br>PJ costs   $.00<br>Assess     $.00<br>Crim cost  $.00<br>Fine       $.00<br>Fine inter. $.00<br>Surcharge  $.00 | Next Payment Amount<br><br>**PAY THIS AMOUNT**<br><br>Date Payment Due | $200.00<br><br>$200.00<br><br>February 15, 2005 |
| **Annual Interest Rate**<br><br>4.434% | If this is an **interest-bearing** debt, additional interest accrues daily. **For payoff information, please call the telephone number listed above.** | | |

**MAKE CERTIFIED CHECK OR MONEY ORDER PAYABLE TO: CLERK, U.S. DISTRICT COURT**  
**DO NOT SEND CASH**  
**INCLUDE COURT NUMBER ON CERTIFIED CHECK OR MONEY ORDER**  
*Please detach and enclose bottom portion with payment*

| PAY THIS AMOUNT | $200.00 |
|---|---|
| DATE PAYMENT DUE | February 15, 2005 |
| Payment must reach us by the **DATE PAYMENT DUE**, in order for payment to be applied before next billing cycle. | |
| USAO NUMBER | 1998Z00175/001 |
| NAME | GEORGE C. HOOK |
| AGENCY CODE | JUST |
| DISTRICT | ILC |
| AGENCY FILE NUMBER | 95-10010-002 |
| AGENCY PROGRAM CODE | XXRN |
| INDICATE AMOUNT ENCLOSED | $200.00 |

**United States Department of Justice**
**Payment Coupon**

**DO NOT SEND CASH.** Make certified check or money order payable to Clerk, U.S. District Court.

**ENCLOSE THIS COUPON TO GUARANTEE PROPER APPLICATION OF PAYMENT AND MAIL TO ADDRESS BELOW**

U.S. DISTRICT COURT   N D IL
100 N. E. MONROE, RM 309
PEORIA, ILLINOIS   61602

219 S. Dearborn
Chig. Ill.

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

```
Mon Feb 14 16:49:20 2005

   UNITED STATES DISTRICT COURT

   CHICAGO        , IL

Receipt No.   104 20418
Cashier       lois

Tender Type   MONEY ORDER

M.O. Number: 06055638862

Transaction Type   C

Case No./Def No. 1:04-CR-01045 /


DO Code    Div No     Acct
 4624        1       6855XX

Amount         $    200.00

RESTITUTION GEORGE C HOOK   04CR1045

161538   2/8/05



        cn
```

George Hook
1802 Camden Drive
Glenview, Il 60025-7606

60025+7606


